UNITED STATES of America,
Plaintiff–Appellee,

v.

Arthur Lee TILLMAN, Defendant–Appellant.

No. 00–6970.

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Arthur Lee Tillman, pro se. Robert Jack Higdon, Jr., Charlotte, NC, for appellee.

---

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Arthur Lee Tillman appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Tillman,* No. CR–92–270 (W.D.N.C. June 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*